JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA SUE WILLIAMS,<br><br>                        Plaintiff,<br><br>        v.<br><br>B.C.D. TOFU HOUSE, INC., et al.,<br><br>                        Defendants. | Case No.  CV 16-4581-GW(KSx)<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety. Each party will bear its own attorneys' fees and expenses.

IT IS SO ORDERED.

Dated: October 19, 2016

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE